583 A.2d 308

STATE OF NEW JERSEY v. ROBERT BYRD.

January 23, 1990.

Petition for certification denied.

583 A.2d 308

STATE OF NEW JERSEY v. DENNIS GOUVEIA.

January 23, 1990.

Petition for certification denied.

583 A.2d 308

STATE OF NEW JERSEY v. LARRY MCDONALD EVANS.

January 23, 1990.

Petition for certification denied.

583 A.2d 308

STATE OF NEW JERSEY v. FRANK W. CAVANAUGH.

January 23, 1990.

Petition for certification denied.

583 A.2d 308

STATE OF NEW JERSEY v. VINCENT DEMARCO.

January 23, 1990.

Petition for certification denied.